AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| Lionra Technologies Limited | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:22-cv-00319-JRG-RSP |
| Hewlett Packard Enterprise Company et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lionra Technologies Limited                                                                                                     .

Date:    08/25/2022                                        /s/ Neil A. Rubin
                                                                          *Attorney's signature*

                                                              Neil A. Rubin CA Bar No. 250761
                                                                      *Printed name and bar number*

                                                                        Russ August & Kabat
                                                              12424 Wilshire Blvd., 12th Floor
                                                                        Los Angeles, CA 90025
                                                                                  *Address*

                                                                        nrubin@raklaw.com
                                                                            *E-mail address*

                                                                           (310) 826-7474
                                                                         *Telephone number*

                                                                           (310) 826-6991
                                                                             *FAX number*

Print    Save As...    Reset