| Attorney or Party without Attorney:<br>Reza Mirzaie (SBN 246953)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone No: 310-826-7474<br><br>Attorney For: Plaintiff | | Ref. No. or File No.:<br>4549-002V | | | For Court Use Only |
|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION | | | | | |
| Plaintiff: LIONRA TECHNOLOGIES LIMITED,<br>Defendant: HEWLETT PACKARD ENTERPRISE COMPANY; ET AL | | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:22-cv-00319-JRG-RSP | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Plaintiff's Rule 7.1 Disclosure Statement ; Notice of Related Cases; Notice Of Designation Of Lead Counsel; Jury Demand

3. a. Party served:     ARUBA NETWORKS, LLC
   b. Person served:   Kirk Atkins, CT Corporation System, Registered Agent, Authorized to Accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   1999 Bryan St Suite 900, Dallas, TX 75201

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Aug 24 2022 (2) at: 10:10 AM

6. Person Who Served Papers:
   a. Kim Shaw
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. The Fee for Service was:   $316.05

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                             08/25/2022                   _Kim Shaw_
                                              (Date)                      (Signature)



PROOF OF SERVICE

7543967
(5071298)