AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:22-cv-00319-JRG-RSP |
| Hewlett Packard Enterprise Company et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LIONRA TECHNOLOGIES LIMITED                                            .

Date:   09/06/2021

/s/ Brett E. Cooper
*Attorney's signature*

Brett E. Cooper SBN BC6256
*Printed name and bar number*

BC LAW GROUP, P.C.
200 Madison Avenue, 24th Floor
New York, NY 10016

*Address*

bcooper@b-clg.com
*E-mail address*

(516) 359-9668
*Telephone number*

*FAX number*

Print    Save As...    Reset