UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:22-cv-319

Name of party requesting extension: ARUBA NETWORKS, LLC

Is this the first application for extension of time in this case?  ☐ Yes  ☒ No

If no, please indicate which application this represents:  ☒ Second  ☐ Third  ☐ Other _____

Date of Service of Summons: 08/24/2022

Number of days requested:  ☐ 30 days  ☐ 15 days  ☒ Other 14 days

New Deadline Date: 10/28/2022  *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Ashbey N. Morgan

State Bar No.: 24106339 / TX

Firm Name: Gibson, Dunn & Crutcher LLP

Address: 2001 Ross Avenue, Suite 2100
         Dallas, TX 75201

Phone: 214.698.3112

Fax:  214.571.2910

Email: ANMorgan@gibsondunn.com

A certificate of conference does not need to be filed with this unopposed application.