UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:22-cv-319

Name of party requesting extension: HEWLETT PACKARD ENTERPRISE COMPANY

Is this the first application for extension of time in this case?   ☐ Yes   ☑ No

If no, please indicate which application this represents:   ☑ Second   ☐ Third   ☐ Other _____

Date of Service of Summons: 08/23/2022

Number of days requested:   ☐ 30 days   ☑ 15 days   ☐ Other ____ days

New Deadline Date: 10/28/2022   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Ashbey N. Morgan
State Bar No.: 24106339 / TX
Firm Name: Gibson, Dunn & Crutcher LLP
Address: 2001 Ross Avenue, Suite 2100
         Dallas, TX 75201

Phone: 214.698.3112
Fax: 214.571.2910
Email: ANMorgan@gibsondunn.com

A certificate of conference does not need to be filed with this unopposed application.