IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> HEWLETT PACKARD ENTERPRISE § <br> COMPANY; ARUBA NETWORKS, LLC, § <br> § <br> § <br> Defendants. § <br> § | CASE NO. 2:22-CV-00319-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney hereby enters his appearance in this matter as additional counsel of record for Defendants Hewlett Packard Enterprise Company and Aruba Networks, LLC, and consents to electronic service of all papers in this action.

Veronica Smith Moyé<br>
Texas State Bar No. 16759900<br>
<b>GIBSON, DUNN & CRUTCHER LLP</b><br>
2001 Ross Ave Suite 2100<br>
Dallas, TX  75201-6912<br>
Telephone: 214-698-3100<br>
Facsimile: 214-571-2900<br>
VMoye@gibsondunn.com

Dated:  September 15, 2022

/s/ Veronica Smith Moyé
Veronica Smith Moyé
Texas State Bar No. 24000092
VMoye@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Ave Suite 2100
Dallas, TX  75201-6912
Telephone:  214-698-3360
Facsimile:  214-571-2907

*Attorney for Defendants Hewlett Packard*
*Enterprise Company and Aruba Networks, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2022, the foregoing was electronically in compliance with Local Rule CV-5(b)(1) and served via the Court's electronic filing system on all counsel who have consented to electronic service on this 15th day of September, 2022.

                                                                */s/* Veronica Smith Moyé
                                                                **Veronica Smith Moyé**