AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | | |
|---|---|---|
| LIONRA TECHNOLOGIES LIMITED | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:22-cv-00319-JRG-RSP |
| Hewlett Packard Enterprise Company et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LIONRA TECHNOLOGIES LIMITED                .

Date:   10/04/2022

/s/ Drew Hollander
*Attorney's signature*

Drew Hollander SBN 5378096
*Printed name and bar number*

BC LAW GROUP, P.C.
200 Madison Avenue, 24th Floor
New York, NY 10016

*Address*

dhollander@b-clg.com
*E-mail address*

(212) 951-0100
*Telephone number*

*FAX number*

Print    Save As...    Reset