# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LIONRA TECHNOLOGIES LIMITED, | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 2:22-CV-00322-JRG-RSP |
| v. | § § | (LEAD CASE) |
| FORTINET, INC., | § § | |
| *Defendant*. | § § | |
| HEWLETT PACKARD ENTERPRISE COMPANY and ARUBA NETWORKS, LLC, | § § § § | CIVIL ACTION NO. 2:22-CV-00319-JRG-RSP (MEMBER CASE) |
| *Defendants* | § § | |

## ORDER

Before the Court is the Joint Motion to Dismiss (the "Motion") filed by Lionra Technologies Limited ("Plaintiff") and Hewlett Packard Enterprise Company and Aruba Networks, LLC ("Defendants"). (Dkt. No. 97.) In the Motion, the parties represent that the above-captioned case has been resolved and request dismissal of Plaintiff's claims against Defendants with prejudice. (*Id*. at 2.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims by Plaintiff against Defendants in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case pertaining to Hewlett Packard Enterprise Company and Aruba Networks, LLC not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** Member Case No. 2:22-CV-00319-JRG-RSP, and to **MAINTAIN AS OPEN** the above-captioned Lead Case.

2

**So ORDERED and SIGNED this 29th day of March, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE